FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAY -1  AM 10: 40

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MARY GRAHAM | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 4:17-CV-00162-WTM-GRS |
| METROPOLITAN LIFE INSURANCE | ) | |
| COMPANY | ) | |
| | ) | |
| Defendant | ) | |

### ORDER

The Court having reviewed the parties' Joint Motion to Set a Modified Briefing Schedule [Doc. 18], and finding good cause, **GRANTS** the motion. Accordingly, the Court hereby enters the following dispositive motions briefing schedule:

1. Defendant shall file a consolidated brief in response to Plaintiff's motion for judgment on the administrative record [Doc. 17] and reply brief in support of Defendant's motion for judgment on the administrative record [Doc. 16] no later than **May 25, 2018**; and

2. Plaintiff shall file a reply brief in support of her motion for judgment on the administrative record no later than **June 8, 2018**.

**SO ORDERED**, this _1st_ day of _May_ , 2018.

_G.R. Smith_
G.R. SMITH
UNITED STATES MAGISTRATE JUDGE