IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARY GRAHAM,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO.: 4:17-cv-162

## O R D E R

Before the Court is the parties' Notice of Settlement and Joint Stipulation of Dismissal With Prejudice filed on March 14, 2019. (Docs. 28, 29.) Upon consideration of the notice and stipulation filed, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 21st day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA